# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FOREFRONT MACHINING TECHNOLOGIES, INC., | : | Case No. 3:19-cv-383 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| ALOUETTE TOOL CO., | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

This matter is before the Court *sua sponte* following Plaintiff Forefront Machining Technologies, Inc.'s July 8, 2018 filing of a Motion for Protective Order, or in the alternative, to Quash. (Doc. #59). In light of this matter's looming discovery cutoff date of August 21, 2021 (*see* Doc. #57), the Court imposes the following EXPEDITED BRIEFING SCHEDULE with regard to the foregoing Motion and any other motions related to the subpoena duces tecum issued by Defendant Alouette Tool Co. to third party Silfex, Inc.:

1) Any Memorandum in Opposition or other response to Plaintiff's Motion for Protective Order, or in the alternative, to Quash (Doc. #59) shall be filed WITHIN TEN DAYS after the filing of that motion, or BY NO LATER THAN JULY 18, 2021;

2) Any Reply with regard to Plaintiff's Motion for Protective Order, or in the alternative, to Quash shall be filed WITHIN SEVEN DAYS after the filing of Defendant Alouette Tool Co.'s response to that Motion, or BY NO LATER THAN JULY 25, 2021;

1

3) Any Memorandum in Opposition or other response to any Motion to Compel or other Motion that Defendant Alouette Tool Co. may file as to the subpoena issued to Silfex, Inc. shall be filed WITHIN TEN DAYS after the filing of any such Motion; and

4) Any Reply with regard to any Motion to Compel or other Motion that Defendant Alouette Tool Co. may file as to the subpoena issued to Silfex shall be filed WITHIN SEVEN DAYS after the filing of any response that Plaintiff Forefront Machining Technologies, Inc. or third party Silfex, Inc. may file as to any such Motion.

**IT IS SO ORDERED.**

July 9, 2021                                     *s/ Sharon L. Ovington*
                                                                           Sharon L. Ovington
                                                                           United States Magistrate Judge