# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| FOREFRONT MACHINING TECHNOLOGIES, INC. | : | Case No. 3:19-cv-00383 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | **EXECUTED AGREED ENTRY OF DISMISSAL** |
| ALOUETTE TOOL COMPANY, LTD., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter comes before the Court upon the claims of Plaintiff Forefront Machining Technologies, Inc. ("Plaintiff") against Defendants Alouette Tool Company, LTD. ("Alouette") and SARIX SA ("SARIX," and together with Alouette, "Defendants").  Upon agreement of the parties, and in accordance with the terms of the parties' settlement agreement, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Plaintiff's claims against Defendants are hereby dismissed *with prejudice*.

2. Each party shall bear its own costs, expenses and attorney's fees incurred in this action.

3. This Court will retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

          s/Thomas M. Rose
The Honorable Thomas M. Rose
United States District Court

Dated:  March 2, 2022

HAVE SEEN AND AGREED:

| | |
|---|---|
| *s/ Jill Rogers Spiker* | *s/ Ryan W. Goellner* |
| Angela Paul Whitfield (0068774) | Ali Razzaghi (0085071) |
| Jill Rogers Spiker (0091446) | Ryan W. Goellner (0093631) |
| CARPENTER LIPPS & LELAND LLP | FROST BROWN TODD LLC |
| 280 Plaza, Suite 1300 | 3300 Great American Tower |
| 280 North High Street | 301 E. Fourth Street |
| Columbus, OH 43215 | Cincinnati, OH 45202 |
| (614) 365-4100 | 513.651.6800 |
| (614) 365-9145 (Facsimile) | 513.651-6981 |
| paul@carpenterlipps.com | arazzaghi@fbtlaw.com |
| spiker@carpenterlipps.com | rgoellner@fbtlaw.com |
| | |
| *Attorneys For Plaintiff* | *Counsel for Defendants Alouette Tool* |
| *Forefront Machining Technologies, Inc.* | *Company, Ltd. and SARIX SA* |

0143521.0726596  4886-2779-0083v8